# No. 15-3818

UNITED STATES COURT OF APPEALS FOR
THE SECOND CIRCUIT

SECURITIES AND EXCHANGE COMMISSION,
*Applicant-Appellee,*

v.

THE COMMITTEE ON WAYS AND MEANS OF
THE U.S. HOUSE OF REPRESENTATIVES and BRIAN SUTTER,
*Respondents-Appellants.*

On Appeal from the United States District Court for
the Southern District of New York

## JOINT STIPULATION OF DISMISSAL OF APPEAL

Annie K. Small, *General Counsel*
Sanket J. Bulsara, *Deputy General Counsel*
Michael A. Conley, *Solicitor*
Jeffrey A. Berger, *Senior Litigation Counsel*

SECURITIES AND EXCHANGE
COMMISSION
100 F. Street, N.E.
Washington, D.C. 20549-9040
(202) 551-5112 (Berger)

Sanjay Wadhwa
*Senior Associate Regional Director*
SECURITIES AND EXCHANGE
COMMISSION
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

*Counsel for Applicant-Appellee Securities and
Exchange Commission*

Thomas G. Hungar, *General Counsel*
Todd B. Tatelman, *Associate General Counsel*
Eleni M. Roumel, *Assistant General Counsel*
Kimberly Hamm, *Assistant General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
Facsimile: (202) 226-1360
thomas.hungar@mail.house.gov

*Counsel for Respondents-Appellants the
Committee on Ways and Means of the U.S.
House of Representatives, and Brian Sutter*

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties to this appeal stipulate to the dismissal of the appeal. The parties shall bear their own costs on appeal.

Respectfully submitted.

Annie K. Small, *General Counsel*
Sanket J. Bulsara, *Deputy General Counsel*
Michael A. Conley, *Solicitor*

Jeffrey A. Berger, *Senior Litigation Counsel*

SECURITIES AND EXCHANGE
COMMISSION
100 F. Street, N.E.
Washington, D.C. 20549-9040
(202) 551-5112 (Berger)

Sanjay Wadhwa
*Senior Associate Regional Director*
SECURITIES AND EXCHANGE
COMMISSION
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

*Counsel for Applicant-Appellee Securities and Exchange Commission*

November 10, 2016

Thomas G. Hungar, *General Counsel*
Todd B. Tatelman, *Associate General Counsel*
Eleni M. Roumel, *Assistant General Counsel*
Kimberly Hamm, *Assistant General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
Facsimile: (202) 226-1360
thomas.hungar@mail.house.gov

*Counsel for Respondents-Appellants the Committee on Ways and Means of the U.S. House of Representatives, and Brian Sutter*

## CERTIFICATE OF SERVICE

I certify that on November 10, 2016, I filed one copy of the foregoing Joint Stipulation of Dismissal of Appeal via the CM/ECF system of the United States Court of Appeals for the Second Circuit, which I understand caused service on all registered parties.

*/s/ Thomas G. Hungar*